IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALFREDERIC CARR,
#R52533,

          Plaintiff,

v.                                                                              Case No. 20-cv-00763-NJR

W.A. WALKER, *et al.*,

          Defendants.

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

Plaintiff Alfrederic Carr commenced this action by filing a complaint pursuant to 42 U.S.C. § 1983 (Doc. 1), a Motion for Leave to Proceed *in form pauperis* ("IFP") (Doc. 2), and a Motion for Recruitment of Counsel (Doc. 3). On August 24, 2020, the Court denied the Motion for Leave to Proceed IFP finding that Car was not indigent for the purposes of 28 U.S.C. § 1915(a)(1), as he had $444.64 in his trust fund account at the time of filing. (Doc. 9). The Court directed Carr to pay the $400.00 filing fee not later than September 23, 2020, and he was warned that failure to comply would result in dismissal of the action. (*Id.*).

To date, Carr has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). All pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED** to enter judgment and close this case.

      **IT IS SO ORDERED.**

      **DATED:   September 30, 2020**

                                          **NANCY J. ROSENSTENGEL**
                                          **Chief U.S. District Judge**